# EXHIBIT A

**Chicago Consumer Law Center, P.C.**
**111 West Washington Street**
**Suite 1360**
**Chicago, IL 60602**

Phone: (312) 858-3240
Email: rob.harrer@cclc-law.com

**Midland Funding**
**Fax: 877-201-8692**

Re:    Our Client: Myrna Hernandez
       Account Number: # ▮▮▮▮▮▮▮▮▮
       Alleged Balance: $ 7,178

*Sent via Fax on Wednesday, May 1, 2019*

To Whom it May Concern:

This letter concerns our above referenced client, who is represented by our office with respect to communications regarding any and all debts you seek to collect, now or in the future, until notified otherwise by our office.

As legal representative for this client in regards to communications, all communication must be through our office, so please do not contact them directly. Our client also hereby revokes any prior express consent that may have been given to receive telephone calls, especially to Client's cellular telephones, from an Automated Telephone Dialing System, or a pre-recorded voice, as outlined in the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.

Our client has stated that they do not believe that the amount that you are attempting to collect is accurate. However, we will pass any settlement demands on to them.

If you have any questions or need assistance in locating our client's file, please do not hesitate to contact us.

Sincerely,

s/ *Robert Harrer*

CHICAGO CONSUMER LAW CENTER, P.C.
111 W. Washington St., Suite 1360
Chicago, IL 60602
Tel: 312-858-3240 | Fax: 312-610-5646
Email: rob.harrer@cclc-law.com

# EXHIBIT B



# CREDIT REPORT

---

**MYRNA HERNANDEZ**

**Report Confirmation**

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

## 5.1 MIDLAND FUNDING LLC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | | **Reported Balance** | $7,178 |
| **Account Status** | COLLECTION | **Debt-to-Credit Ratio** | 99% |
| **Available Credit** | | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

2019

### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

### High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

### Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

### Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

## Payment History

You currently do not have any Payment History in your file.

EQUIFAX    MYRNA HERNANDEZ | Jul 17, 2019    Page 67 of 84

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---:|---|---:|
| **High Credit** | $7,215 | **Owner** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | OTHER |
| **Terms Frequency** | UNKNOWN | **Term Duration** | 0 |
| **Balance** | $7,178 | **Date Opened** | May 30, 2017 |
| **Amount Past Due** | $7,178 | **Date Reported** | Jul 11, 2019 |
| **Actual Payment Amount** | | **Date of Last Payment** | |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 21 | **Delinquency First Reported** | Oct 01, 2017 |
| **Activity Designator** | | **Creditor Classification** | RETAIL |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Debt Buyer Account | **Date Closed** | |
| **Date of First Delinquency** | Oct 01, 2016 | | |

## Comments

Collection account

## Contact

MIDLAND FUNDING LLC
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO, CA  92108
1-844-236-1959

EQUIFAX | MYRNA HERNANDEZ | Jul 17, 2019 | Page 68 of 84

Summary › Revolving › Mortgage › Installment › **Other** › Statements › Personal Info › Inquiries › Public Records › Collections